```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                                Plaintiff,                  :
                                                            :            21-CV-8356 (VSB)
                -against-                                   :
                                                            :                ORDER
PSYCHIC BOUTIQUE CORP. and JACREG                           :
REALTY CORP.,                                               :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on October 9, 2021, (Doc. 1), and filed affidavits of service on December 18 and December 25, 2021, (Docs. 7–8).  The deadlines for Defendants to respond to Plaintiff's complaint were November 26, 2021 and January 3, 2022.  (*See id.*)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 18, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 7, 2022
              New York, New York

                                                                             _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge