UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
               :
NAMEL NORRIS,                                 :
               :
                            Plaintiff,      :
               :          21-CV-8356 (VSB)
             -against-               :
               :               **ORDER**
               :
PSYCHIC BOUTIQUE CORP., et al.,      :
               :
                          Defendants.  :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff initiated this action on October 9, 2021.  (Doc. 1.)  On December 25, 2021, Plaintiff filed an affidavit of service as to Defendant Psychic Boutique Corp.  (Doc. 8.) Defendant Psychic Boutique Corp.'s answer was due on or before November 26, 2021.  (*See id.*) On January 7, 2022, I ordered Plaintiff to move for default judgment against Defendant Psychic Boutique Corp. or otherwise risk dismissal of those claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 9.)  Plaintiff moved for two extensions of the deadline.  (Docs. 10, 12.)  I granted those extensions, and warned that failure to seek default judgment by April 6, 2022 would result in dismissal of the claims against Defendant Psychic Boutique Corp.  (Doc. 13.)

       On April 5, 2022, Plaintiff moved to vacate my order for Plaintiff to seek default judgment against Defendant Psychic Boutique Corp. because the attorney for Defendant Psychic Boutique Corp. stated that Defendant Psychic Boutique Corp. "is in bankruptcy and that there will be an 'automatic stay.'"  (Doc. 19.)  On April 6, 2022, I ordered Plaintiff to notify Defendant Psychic Boutique Corp. that this Court orders Defendant to enter its appearance on or

before April 20, 2022 for the limited purpose of filing a notice of the bankruptcy action and the automatic stay.  (Doc. 21.)  That deadline has passed, and Defendant Psychic Boutique Corp. has not entered its appearance or filed a notice of the bankruptcy action and the automatic stay.  Plaintiff has not submitted anything to the Court to demonstrate that it complied with my previous order.  Accordingly, it is hereby:

ORDERED that Plaintiff immediately notify Defendant Psychic Boutique Corp. that this Court orders Defendant to enter its appearance on or before May 6, 2022 for the limited purpose of filing a notice of the bankruptcy action and the automatic stay.  Plaintiff's failure to notify Defendant that it must comply with the Court's order by May 6, 2022 will result in the dismissal of all claims against Defendant Psychic Boutique Corp. pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 29, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge