UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAMEL NORRIS, :
:
Plaintiff, :
:  21-CV-8356 (VSB)
-against- :
:  **ORDER**
:
PSYCHIC BOUTIQUE CORP., et al., :
:
Defendants. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 9, 2021, (Doc. 1), and filed an affidavit of service for Defendant Jacreg Realty Corp. on December 18, 2021.  (Doc. 7.)  The deadline for Defendant Jacreg Realty Corp. to respond to Plaintiff's complaint was originally November 26, 2021.  (*See id*.)  On March 28, 2022, I granted Defendant Jacreg Realty Corp. an extension of time until April 27, 2022 to respond to the complaint.  (Doc. 18.)  To date, Defendant Jacreg Realty Corp. has not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 10, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I will dismiss this case against Defendant Jacreg Realty Corp. for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 2, 2022
       New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge