## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

NAMEL NORRIS,                                              CASE NO: 1:21-cv-08356-VSB

      Plaintiff,

vs.                                                        Pursuant to 11 U.S.C. § 362(a), all deadlines are stayed as to Defendant Psychic Boutique Corp.  Plaintiff and Defendant Psychic Boutique Corp. are ordered, on or before October 18, 2022, to submit a status update regarding the underlying bankruptcy proceedings.  Plaintiff's motion to compel Defendant to produce the bankruptcy documents, (Doc. 35), is deemed moot.

PSYCHIC BOUTIQUE CORP., a New York corporation, d/b/a PSYCHIC BOUTIQUE, and JACREG REALTY CORP., a New York corporation,

      Defendants.

SO ORDERED:

*[signature]*                                              07/18/22

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

_____/

### NOTICE OF BANKRUPTCY AND REQUEST FOR STAY OF ACTION
### RE PSYCHIC BOUTIQUE CORP.

**PLEASE TAKE NOTICE** that on February 8, 2022, a Chapter 7 Voluntary Petition was filed in the United States Bankruptcy Court for the Eastern District of New York by Defendant Psychic Boutique Corp. The style of the bankruptcy case is Psychic Boutique Corp., Bankruptcy Petition Case No. 1-22-40226-ess.  *See Exhibit A.*  On July 1, 2022, a Notice of Dismissal was filed in the same Bankruptcy Court for the Eastern District of New York.  Therefore, a stay of action is requested in the instant matter, Norris v. Psychic Boutique Corp., Case No. 1:21-cv-08356-VSB. Psychic Boutique Corp. entered an appearance by counsel, John DeMaio, Esq. in connection with the above-captioned matter.

Dated: This 15th day of July, 2022.

Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorneys for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

NAMEL NORRIS,                                        CASE NO: 1:21-cv-08356-VSB

      Plaintiff,

vs.

PSYCHIC BOUTIQUE CORP., a New York
corporation, d/b/a PSYCHIC BOUTIQUE,
and JACREG REALTY CORP., a New York
corporation,

      Defendants.

_____/

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:  (305) 704-387**7**
    Email: bbw@weitzfirm.com

**<u>SERVICE LIST</u>**
**Norris v. Psychic Boutique Corp., et al.**
**Case No.: 1:21-cv-08356-VSB**
**United States District Court, Southern District of New York**

John P. DeMaio, Esq.
225 Broadway
New York, NY 10007
Tel: (212) 405-2104
Fax: (646) 202-1439
Email: johnpdemaio@yahoo.com
*Attorney for Psychic Boutique Corp.*
**VIA CM/ECF**

Juan C. Gonzalez, Esq.
Rubin Paterniti Gonzalez Rizzo Kaufman LLP
555 5th Avenue, 6th Floor
New York, NY 10017
Tel: 646-893-2386
Fax: 646-809-1622
Email: gonzalez@rpgrklaw.com
*Attorney for Jacreg Realty Corp.*
**VIA CM/ECF**